IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN MOORE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                             CASE NO. 1D15-0349

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed May 8, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

John Moore, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order dismissing defendant's motion to correct sentence rendered on July 26, 2013, in Okaloosa County Circuit Court case number 1997-CF-1491, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

LEWIS, C.J., WETHERELL and RAY, JJ., CONCUR.